# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
January 18, 2011

Lyle W. Cayce
Clerk

No. 10-40355
Summary Calendar

RUMI J. SANDLIN,

Plaintiff-Appellant

v.

UNITED STATES OF AMERICA,

Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Texas, Sherman
USDC No. 4:08-CV-383

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that pro se appellant's motion requesting that attorney Thomas Gibson be ordered and warned by a temporary restraining order or injunction is DENIED.

IT IS FURTHER ORDERED that pro se appellant's motions to disqualify attorney Thomas Gibson is DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-40355

IT IS FURTHER ORDERED that pro se appellant's motion requesting that portions noted in his motion as speculative or as testifying to fact and not evidence be stricken is DENIED.

IT IS FURTHER ORDERED that pro se appellant's motion for temporary restraining order and injunctive relief is DENIED.

IT IS FURTHER ORDERED that pro se appellant's motion to file out of time a reply to appellee's response to the motion to disqualify is DENIED.

IT IS FURTHER ORDERED that the judgment of the District Court dismissing the appeal is AFFIRMED.  Mandate to issue forthwith.